**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 04, 2016

Ms. Carrie Costantin
Mr. Joseph M. Landolt
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102-0000

RE:  16-2094  Billie Allen v. United States of America

Dear Counsel:

An application for permission to file a successive habeas has been filed and assigned the caption and case number shown above.  A copy of the application is attached.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

**Your response to the application is due within fourteen days of your receipt of this letter**. Please serve a copy of your response on petitioner. Further information about the court's procedures in successive habeas proceedings is contained in Eighth Circuit Rule 22B "Second or Successive Habeas Corpus and Section 2255 Proceedings."

Upon receipt of your response, the matter will be referred to the court for a ruling.

Please contact this office if you have any questions.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc:    Mr. Billie Jerome Allen
       Mr. Timothy P Kane
       Mr. Eric John Montroy

**Caption For Case Number:   16-2094**

Billie Jerome Allen

       Petitioner

v.

United States of America

       Respondent

**Addresses For Case Participants:   16-2094**

Ms. Carrie Costantin
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Joseph M. Landolt
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Billie Jerome Allen
U.S. PENITENTIARY
26901-044
P.O. Box 33
Terre Haute, IN  47808-0033

Mr. Timothy P Kane
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

Mr. Eric John Montroy
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000