# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 16-2094

Billie Jerome Allen

Petitioner

v.

United States of America

Respondent

_____

Petition for Permission to file a Successive Habeas Petition

_____

## ORDER

IT IS ORDERED that the Federal Community Defender Office is hereby appointed to represent the above named appellant in all matters pertaining to this action before this Court.

May 04, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans