# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## *Capital Habeas Unit*

FEDERAL COURT DIVISION DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

***LEIGH M. SKIPPER***
CHIEF FEDERAL DEFENDER

PHONE NUMBER  (215) 928-0520
FAX NUMBER  (215) 928-0826
FAX NUMBER  (215) 928-3508

***HELEN A. MARINO***
FIRST ASSISTANT FEDERAL DEFENDER

June 6, 2016

Michael E. Gans, Court Clerk
Eighth Circuit Court of Appeals
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO. 63102

> Re:  Supplemental Authority Pursuant to Federal Rule of Appellate Procedure 28(j) in
> *Allen v. United States*, Case No. 16-2094 (Application to File Second or Successive
> § 2255 Petition)

Dear Mr. Gans:

Pursuant to Rule 28(j), we write to advise the Court of an opinion issued last week by the Eleventh Circuit Court of Appeals, addressing the same question raised in the above matter.  A copy of the opinion, *In re Pinder*, — F.3d — , 2016 WL 3081954 (11th Cir. June 1, 2016), is attached for the Court's convenience.

In a challenge to a crime of violence conviction under 18 U.S.C. § 924(c), the Eleventh Circuit ruled that it was "clear . . . that Pinder has made a prima facie showing that his motion 'contain[s] ... a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court.'"  *Id.* at \*2 (quoting 28 U.S.C. § 2255(h)).  The court thus authorized Pinder to file a successive petition § 2255 in district court – the same relief Mr. Allen seeks here.

In reaching this conclusion, the court noted, first, that "the language in § 924(c) and § 924(e) is very similar"; second, that "for both statutes this question [of vagueness] is decided categorically"; and third, that "other Courts of Appeals have authorized successive § 2255 petitions based on *Johnson* in § 924(c) cases."  *Id.* at \*1 (quotation omitted).  Mr. Allen has raised these same arguments in support of his pending Application.

Respectfully submitted,

/s/ Tim Kane

Tim Kane, Esq.
Eric Montroy, Esq.

Counsel for Applicant-Petitioner Billie Jerome Allen

cc:     Carrie Costantin, Esq. (via ECF)

Encl.