# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-2094

Billie Jerome Allen

Petitioner

v.

United States of America

Respondent

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis

---

## MANDATE

In accordance with the judgment of 07/26/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 26, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit